United States Marshals Service
Eastern District of Arkansas

**FILED**
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

DEC 31 2025

TAMMY H. DOWNS CLERK
By: _____
CEP CLERK

# <u>Memorandum</u>

To: Clerk's Office

From:  I/A Harvey

Date: 12-31-2025

Defendant Name: Jones, Xaviar 30845-512

Case Number: 4:25CR115

[Date]          Defendant taken into U.S. Marshals Service custody on a detainer.

[12-29-2025]  Defendant taken into U.S. Marshals Service custody on a Warrant of Removal.

Updated 8/5/2025