UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | PLAINTIFF |
| | ) | |
| v. | ) | No. 4:25-CR-00115-JM |
| | ) | |
| | ) | |
| JAYMANI AAREON GORMAN | ) | DEFENDANT |

## **DEFENDANT'S MOTION TO CONTINUE**

Jaymani Gorman, the Defendant, by and through his attorney, Daniel Marks, and for his First Motion to Continue states as follows:

1.      This case is set for trial on Tuesday, July 7, 2026.

2.      Defense Counsel has a conflict on that date with a jury trial set in the matter of State v. Kiland Ellis, Jackson County Circuit Court Case Nos. 34CR-24-364 & 396. Those matters were set by a scheduling order filed on April 1, 2026, and is scheduled for July 6 – 7, 2026.

3.      To resolve this conflict, Defense Counsel coordinated with the Government and Co-Defendant's Counsel, Mr. Jay Paul Coleman, to find available dates to present to the court. Everyone is available the weeks of July 20, 2026, and August 17, 2026.

4.      Accordingly, defense counsel respectfully requests that the Court grant a continuance in this case, and hereby certifies that this Motion is brought in good faith, and not for the purpose of delay or any other improper purpose.

WHEREFORE, the Defendant, Jaymani Gorman, respectfully requests that this Court grant his Motion to Continue and for all other just and appropriate relief.

Respectfully submitted,

/s/Daniel Marks
Daniel Marks (2020116)
Bobby Forrest, Jr. (2019215)
Attorney for the Defendant
124 W. Capitol Ave., Ste. 860
Little Rock, AR  72201
(501) 918-9128
daniel@chosenlawgroup.com

For:   Jaymani Gorman, Defendant

2